L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939 Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com

Attorney for Debtor(s)/Movant(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* | Case No. 2:10-BK-22821-EC |
| Martin A. Osorio | Adversary No: 2:10-ap-2103-EC |
| Debtor | Chapter 13 |
| Martin A. Osorio<br>Plaintiff<br>v.<br>GMAC MORTGAGE, LLC ALSO KNOWN AS CITIBANK NATIONAL ASSOCATION, its assignees and/or successors in interest ; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5 , inclusive,<br>Defendant(s) | **STIPULATION RE: ADVERSARY COMPLAINT TO DETERMINE SECURED VALUE OF REAL PROPERTY AND TO EXTINGUISH THE SECOND DEED OF TRUST OF GMAC MORTGAGE, LLC ALSO KNOWN AS CITIBANK NATIONAL ASSOCATION, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST; DOE COMPANY 1-5;DOE CORPORATIONS 1-5; DOES 1-5 ,INCLUSIVE,**<br><br>DATE: September 22, 2010<br>TIME: 1:00 pm<br>CRTRM: 255 E. Temple Street, Crtrm 1639<br>Los Angeles, CA 90012 |

   This Stipulation is entered into by and between Martin A. Osorio (hereinafter referred to as "Debtor), by and through his attorney of record, L. Bishop Austin; and GMAC Mortgage also

– 1 –
**STIPULATION RE: COMPLAINT TO DETERMINE SECURED VALUE OF
REAL PROPERTY AND TO EXTINGUISH THE LIEN OF SECOND DEED OF TRUST**

known as CitiBank National Association, its assignees and/or successors in interest (hereinafter referred to as "Creditor"), by and through attorney for GMAC Mortgage also known as CitiBank National Association.

## RECITALS

A. Debtor is the maker of a Note in favor of Creditor which is secured by a Second Deed of Trust encumbering the real property located at 14002 Cerise Avenue, Hawthorne, CA 90250 , APN No. 4052-028-032. The Subject property is more fully described as Lot 1, in the City of Los Angeles as per Map recorded in book 8824, inclusive of Maps, in the office of the County Recorder of Los Angeles County. The principal balance on the Note is $89,767.85.

B. Debtor obtained a First Deed of Trust from Wells Fargo Home Mortgage and the principal balance is approximately $352,201.40. Debtor has obtained an appraisal which estimates the fair market value of the property at $280,000.00.

C. On or about April 3, 2010, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Los Angeles Division and was assigned case no: 2:10-bk-22821-EC.

D. On or about June 19, 2010, Debtor filed an Adversary Complaint to determine secured value of real property and to extinguish the lien of the Second Deed of GMAC Mortgage, LLC also known as CitiBank National Association.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. The Claim of the Defendant secured by the Second Deed of Trust on the property shall be paid through the Plaintiff's Chapter 13 plan as a general unsecured claim in the amount $89,767.85.

2. Creditor's claim in second position shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. Creditor is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's Chapter 13 Plan. If an amended claim is not filed, the Trustee may treat any claim (secured or unsecured) filed by GMAC Mortgage, LLC as unsecured upon entry of the order herein.

3. Creditor shall retain its lien in second position for the full amount due under the corresponding Note and Second Deed of Trust in the event of either the dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

4. If the Plaintiff complete the Chapter 13 Plan and receives a discharge in his chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the property;

5. Should his Chapter 13 case be dismissed or converted to another Chapter under Title 11, or should the Debtor fail to receive a discharge in his Chapter 13 case, the Creditor's second deed of trust on the property shall be unaffected by the bankruptcy case and shall remain a lien against the property;

6. Should a senior lienholder on the property foreclose on the property prior to the date which the Debtor receives a discharge in this Chapter 13 case, the Creditor shall retain all rights under applicable state law with regard to its lien; and

7. The parties shall bear their own costs incurred in the present stipulation.

IT IS SO STIPULATED:

DATED: 8/30/10                    BY: _____
                                       L. Bishop Austin
                                       (Attorney for Debtor, Martin Osorio)

DATED: 6/26/10            BY: _____
                              Routh Crabtree Olsen, PS
                              (Attorney for
                              Respondent/Defendant)

| In re:<br>**MARTIN OSORIO**<br>Debtor(s). | CHAPTER: **13**<br>Adversary No: 2:10-ap-2103-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as __STIPULATION RE: ADVERSARY COMPLAINT TO DETERMINE SECURED VALUE OF REAL PROPERTY AND TO EXTINGUISH THE SECOND DEED OF TRUST OF GMAC MORTGAGE, LLC ALSO KNOWN AS CITIBANK NATIONAL ASSOCATION, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST; DOE COMPANY 1-5;DOE CORPORATIONS 1-5; DOES 1-5 ,INCLUSIVE,__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __8/30/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __8/30/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 30, 2010** | **MOISES LOPEZ** | **/s/ Moises Lopez** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-3.1**
Best Case Bankruptcy

| In re:                            |            | CHAPTER **13**                |
|-----------------------------------|------------|-------------------------------|
| **Martin Osorio**                 |            | CASE NUMBER 2:10-ap-2103-EC   |
|                                   | Debtor(s). |                               |

Debtor
Martin A. Osorio
14002 Cerise Avenue
Hawthorne, CA 90250

Attorney for Movant
L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

2nd Mortgage (GMAC Mortgage LLC)
GMAC Mortgage, LLC
1100 Virginia Drive
Ft. Washington, PA 19034

Attorney for Respondent/Defendant
GMAC Mortgage, LLC
Routh Crabtree Olsen, P.S.
505 North Tustin Ave, Suite 243
Santa Ana, CA 92705

Chapter 13 Trsutee
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Office of the U.S. Trustee
United States Trustee (LA)
725 S. Figueroa Street, Ste 2600
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy